IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. MARY LOUISE SERAFINE | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:11-CV-01018 |
| TIM F. BRANAMAN, Chairman, Texas State Board of Examiners of Psychologists, in his official capacity; and SHERRY L. LEE, Executive Director, Texas State Board of Examiners of Psychologists, in her official capacity, | § § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO DISMISS**

On this day the Court considered Defendants' Motion to Dismiss. After due consideration, the Court is of the opinion that the Motion is meritorious and that it should be granted. Therefore,

IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED.

Signed this the _____ day of _____, 2011.

_____
LEE YEAKEL
UNITED   STATES   DISTRICT   JUDGE